# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL G. LACHIONDO

      v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5418FDB/KLS

\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That the Commissioner's decision in regard to Plaintiff's applications for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings for a de novo review pursuant to sentence four of 42 U.S.C. § 405(g).

January 9, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk